<u>CONSENT TO SUE UNDER
FEDERAL FAIR LABOR STANDARDS ACT</u>

I am an employee currently or formerly employed by **Le Cirque** and/or related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Jesus Mesia_
Full Legal Name (Print)

_[signature]_
Signature

_09/19/2014_
Date