UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIS PENA, on behalf of himself and others similarly situated,<br><br>                          Plaintiff,<br><br>        -against-<br><br>LE CIRQUE, INC. and MARCO MACCIONI,<br><br>                          Defendants. | 14 Civ. 7541 (FM) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, shall move the Court before the Honorable Frank Mass at the United States Court for the Southern District of New York, 500 Pearl Street, New York, New York, on January 21, 2016 at 10:00 a.m., for an order granting final approval of the class action settlement.

Dated:  New York, New York
            January 15, 2016                    /s/ Joseph Nussbaum
                                                D. Maimon Kirschenbaum
                                                Josef Nussbaum
                                                JOSEPH & KIRSCHENBAUM LLP
                                                32 Broadway, Suite 601
                                                New York, NY 10004
                                                (212) 688-5640
                                                (212) 688-2548 (fax)

                                                *Attorneys for Plaintiff, FLSA Collective Plaintiffs, and the Class*